UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DODGE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SAUSE BROTHER OCEAN TOWING, a Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:<br>2:25-cv-03168-MWC-PVC<br><br>The Honorable Michelle Williams Court<br><br>**ORDER REGARDING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**JS-6**<br><br>Action Filed: 02/25/2025<br>Removal:     04/10/2025 |

Good cause appearing, the above matter is **DISMISSED WITH PREJUDICE** in its entirety.

Dated: November 3, 2025

_____
Hon. Michelle Williams Court
United States District Judge